UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIANNY GONZALEZ,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>MCCLANE COMPANY INC., et al.,<br><br>                              Defendants. | 26 Civ. 1100 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff Arianny Gonzalez brought this action on February 9, 2026. *See* ECF No. 1. On March 19, 2026, Defendant Foremost Transport, Inc. ("Foremost") moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 12. On April 9, 2026, Plaintiff filed an amended complaint. *See* ECF No. 16. Accordingly, Defendant Foremost's motion to dismiss, ECF No. 12, is hereby DENIED as moot. *See* ECF No. 15.

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

Dated: April 14, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge