UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIANNY GONZALEZ,

                Plaintiff,

      -against-

MCLANE COMPANY, INC., et al.,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/26__
```

26-CV-1100 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 9, 2026, plaintiff filed a First Amended Complaint (FAC) (Dkt. 19), as authorized by the Court's March 22, 2026 Order. (Dkt. 15.) Accordingly, pursuant to Fed. R. Civ. P. 15(3), defendants' deadline to answer, move, or otherwise respond to plaintiff's complaint was **April 23, 2026.** That date has come and gone, and defendants still have not responded to the FAC.

It is hereby ORDERED that, if defendants have not answered or otherwise responded to the FAC by **May 8, 2026**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default.

Dated: New York, New York
       April 30, 2026

                    **SO ORDERED.**

                    _____

                    **BARBARA MOSES**
                    **United States Magistrate Judge**