LAW OFFICES OF LORNE M. REITER
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

LORNE M. REITER *

LAURA C. JOHNSON +
SHARON B. MORELAND #
EDWARD I. BRAZAITIS^

* ADMITTED NEW YORK & NEW JERSEY
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY &
MASSACHUSETTS
^ ADMITTED NEW JERSEY

NEW JERSEY OFFICE

124 FIRST AVENUE
ATLANTIC HIGHLANDS, NJ 07716
(732) 747-9555
(732) 626-6800 FAX

lreiter@lreiterlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2026__

June 8, 2026

Magistrate Judge Barbara Moses
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Arianny Gonzalez v. McLane Company Inc., Foremost Transport Inc.*
      Civil Action Number: 1:26-cv-01100-JHR-BCM

Honorable Madam:

Our office represents defendants McLane Company Inc. and Jesus A. Morales-Diaz with respect to the above-captioned matter.

The initial Rule 16 conference is scheduled to take place on June 9, 2026 before Your Honor. We request that the conference be converted to Zoom, or be adjourned to a later date. I am currently on trial in the *Mohammad Ammaar v. Tabernacle Inc., and Beverly Smith* matter, Index Number 701665/2023 in the Supreme Court, Queens County. We have the consent of our adversary for this request.

Thank you for your consideration.

Respectfully submitted,

*s/Lorne M. Reiter*

LORNE M. REITER

LMR:bf
cc:   Michael Rudick, Esq.

Application GRANTED, to the extent that the Initial Case Management Conference previously scheduled for June 9, 2026 (*see* Dkt. 23) is hereby ADJOURNED to **June 17, 2026, at 12:00 p.m.** The conference will be held in person. All other provisions of this Court's Order Scheduling Initial Case Management Conference remain in effect. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
June 8, 2026